IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BETTY AARON, et al.                                                                                    PLAINTIFFS

VS.                                        CASE NO. 12-CV-1112

SUMMIT HEALTH AND
REHABILITATION, LLC, et al.                                                                 DEFENDANTS

## ORDER

    Before the Court is Plaintiffs' Motion for Voluntary Non-Suit. (ECF No. 53). Separate Plaintiffs David Kelley and Stephanie Watson move the Court to dismiss their claims against all Defendants. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), Separate Plaintiffs' claims against all Defendants are hereby **DISMISSED** without prejudice.

    IT IS SO ORDERED, this 19th day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge