IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BETTY AARON, *et al.*                                                           PLAINTIFFS

VS.                               CASE NO. 12-CV-1112

SUMMIT HEALTH AND
REHABILITATION, LLC, *et al.*                                                   DEFENDANTS

## ORDER

  Before the Court are Plaintiffs' Motions to Dismiss. (ECF Nos. 186 – 191). Separate Plaintiffs LaSonya Harris and Samantha Pace, and Opt-In Plaintiffs Linda George, Patricia Glass, Marie Ogden, Dottie Hill, Brenda Birks, Theresa Davis, Valerie Gill, Stephanie Miller, Yolonda Gill, and Lakeshia Lane move to voluntarily dismiss their pending claims against all Defendants. Defendants have no objection to these Motions. Upon consideration, the Motions to Dismiss are **GRANTED**. The claims of Separate Plaintiffs LaSonya Harris and Samantha Pace, and Opt-In Plaintiffs Linda George, Patricia Glass, Marie Ogden, Dottie Hill, Brenda Birks, Theresa Davis, Valerie Gill, Stephanie Miller, Yolonda Gill, and Lakeshia Lane are hereby **DISMISSED WITHOUT PREJUDICE**.

  IT IS SO ORDERED, this 2nd day of March, 2015.

                   /s/ Susan O. Hickey
                   Susan O. Hickey
                   United States District Judge