IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


SHARON LANGSTON, *et al.*                                                                    PLAINTIFFS


VS.                                         CASE NO. 12-CV-1112


SUMMIT HEALTH AND
REHABILITATION, LLC, *et al.*                                                                DEFENDANTS


### ORDER

Before the Court are Plaintiffs' Motions to Dismiss (ECF Nos. 208 & 209). Separate Opt-In Plaintiffs Brandy Cloud, Victoria Moody, Beverly Lewis, Joyce Grant, LaShatia Boswell, Brandie Broughton, Deanque Davis, Laura Jones, Eddie Rogers, Tina Smith, Lillian Tatum, Cynthia Turner, Ramona Wade, Alexandria Wells, Valerie Rhodes, Robert Woods, Jim Brown, Rebecca Turley, and Chrystie Laird move to voluntarily dismiss their claims against all Defendants. Defendants have no objection to these Motions. Upon consideration, the Motions to Dismiss are **GRANTED**. The claims of Separate Opt-In Plaintiffs Brandy Cloud, Victoria Moody, Beverly Lewis, Joyce Grant, LaShatia Boswell, Brandie Broughton, Deanque Davis, Laura Jones, Eddie Rogers, Tina Smith, Lillian Tatum, Cynthia Turner, Ramona Wade, Alexandria Wells, Valerie Rhodes, Robert Woods, Jim Brown, Rebecca Turley, and Chrystie Laird are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 24th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge