IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARON LANGSTON, *et al.*                                            PLAINTIFFS

VS.                                 CASE NO. 12-CV-1112

SUMMIT HEALTH AND
REHABILITATION, LLC, *et al.*                                   DEFENDANTS

## **ORDER**

       Before the Court is Plaintiffs' Motion to Dismiss Ineligible Opt-In Plaintiffs. (ECF No. 232). Plaintiffs move to voluntarily dismiss the claims of certain Separate Opt-In Plaintiffs who are not eligible to participate in this collective action. The Separate Opt-In Plaintiffs who are ineligible to participate in this collective action are: Marilyn Anderson; Emmanuel Anigwe; Raylon Baker; Sierra Bennett; Kandice Black; Deborah Bray; Devin Bray; Kimberly Broughton; Doris Cobb; Becky Cox; Vicki Duckworth; Joshua Dunlap; Amanda Epperson; Shirley Gooden; Crystal Gray; Jaimicia Hegwood; Crystal Jackson; Jaqueline Jackson; Nicole Jackson; Cherese Johnson; Janet Jones; Betty Lawson-Whitfield; Andrea Lemoine; Linda McDaniel; Alethea McHenry; Melissa McPherson; Terra Meadows; Chantel Mills; Erika Mixon; Ashley Morgan; Natalie Parnell; Laura Poe; Ashley Reddick; Amy Suttles; Louella White; and Regina Williams. Defendants have no objection.

       Upon consideration, the Court finds that Plaintiffs' Motion to Dismiss Ineligible Opt-In Plaintiffs (ECF No. 232) should be and hereby is **GRANTED**. The claims of Separate Opt-In Plaintiffs Marilyn Anderson; Emmanuel Anigwe; Raylon Baker; Sierra Bennett; Kandice Black;

Deborah Bray; Devin Bray; Kimberly Broughton; Doris Cobb; Becky Cox; Vicki Duckworth; Joshua Dunlap; Amanda Epperson; Shirley Gooden; Crystal Gray; Jaimicia Hegwood; Crystal Jackson; Jaqueline Jackson; Nicole Jackson; Cherese Johnson; Janet Jones; Betty Lawson-Whitfield; Andrea Lemoine; Linda McDaniel; Alethea McHenry; Melissa McPherson; Terra Meadows; Chantel Mills; Erika Mixon; Ashley Morgan; Natalie Parnell; Laura Poe; Ashley Reddick; Amy Suttles; Louella White; and Regina Williams are hereby **DISMISSED WITHOUT PREJUDICE**.

       IT IS SO ORDERED, this 17th day of June, 2015.

                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge