IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARON LANGSTON, *et al.*                                          PLAINTIFFS

VS.                          CASE NO. 12-CV-1112

SUMMIT HEALTH AND
REHABILITATION, LLC, *et al.*                                  DEFENDANTS

## ORDER

Before the Court is Defendant John Ponthie's Motion for Summary Judgment. (ECF No. 220). Plaintiffs have responded. (ECF No. 237). Ponthie has replied. (ECF No. 244). Defendant SA Eldercare, LLC has also filed a Motion for Summary Judgment. (ECF No. 223). Plaintiffs have responded. (ECF No. 233). These matters are ripe for the Court's consideration.

For the reasons set forth in the Memorandum Opinion, the Court finds that Defendant Ponthie's Motion for Summary Judgment (ECF No. 220) should be and hereby is **GRANTED**. Defendant Ponthie is **DISMISSED WITH PREJUDICE**. The Court further finds that Defendant SA Eldercare's Motion for Summary Judgment (ECF No. 223) should be and hereby is **GRANTED**. Defendant SA Eldercare is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of July, 2015.

                                                                 /s/ Susan O. Hickey
                                                                 Susan O. Hickey
                                                                 United States District Judge