IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| SHARDON LANGSTON, *et al* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case no.: 1:12-cv-01112-SOH |
| SUMMIT HEALTH AND ) | |
| REHABILITATION, LLC, *et al* ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ORDER GRANTING APPROVAL OF SETTLEMENT**

Come the plaintiffs and defendants and for their joint motion state:

1. All parties to this action have agreed to a settlement of all remaining claims, some of which include claims under the Fair Labor Standards Act ("FLSA"). Private settlements of FLSA claims generally require the approval of a District Court.

2. Attached as Exhibit A is a Stipulation of Settlement Agreement and Release ("Agreement") executed by all parties. The parties believe the Agreement is a fair and reasonable settlement of a bona fide dispute, and respectfully move the Court to enter an Order Granting Approval of Settlement ("Approval Order"). A proposed Order Granting Approval of Settlement is attached hereto as Exhibit B.

WHEREFORE, the parties respectfully move that the Court approve the Agreement and enter an Approval Order that:

    A. Finds the Agreement is a fair, reasonable and adequate compromise of a bona fide dispute, and is in the best interests of the Named Plaintiffs, and should be approved;

    2. Dismisses this Litigation, on the merits, as against all Defendants with prejudice, and without costs to any party, except to the extent otherwise expressly provided in the Agreement; and

3. Without affecting the finality of the Approval Order, that the Court retains exclusive jurisdiction over the performance and enforcement of the Agreement and the Approval Order.

Respectfully submitted.

Attorneys for Plaintiffs:

The Brad Hendricks Law Firm
500 Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444
(501) 661-0916 (Fax)
*tkitchens@bradhendricks.com*

By: */s/ Lloyd W. "Tre" Kitchens*
    Lloyd W. "Tre" Kitchens, AR Bar No.99075

Attorneys for Defendants:

KUTAK ROCK LLP
One Union National Plaza
124 West Capitol Ave., 20th Floor
Little Rock, Arkansas  72201
Attorney in Charge Direct:  501.975.3140
Main Dial:  501.975.3000
Fax:  501.975.3001

Attorneys for Defendants

By: */s/ James M. Gary*
    James M. Gary, AR Bar No. 80051
    (Attorney in Charge and To Be Noticed)
    *jim.gary@kutakrock.com*