IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARDON LANGSTON, *et al*        )
                                 )
      Plaintiffs,              )
                                 )
vs.                              )
                                 )    Case no.: 1:12-cv-01112-SOH
SUMMIT HEALTH AND                )
REHABILITATION, LLC, *et al*     )
                                 )
      Defendants.             )

## ORDER GRANTING APPROVAL OF SETTLEMENT

WHEREAS:

      A.    The parties have executed and filed with this Court a Joint Motion to Approve Settlement and a Stipulation of Settlement Agreement and Release ("Agreement") (Doc. \_\_\_\_) settling this case to include claims under the Fair Labor Standards Act.  Private settlements of FLSA claims generally require approval of a District Court;

      B.    This Court has duly considered all of the submissions presented with respect to the Motion and the Agreement;

      C.    All capitalized terms in this Order Granting Approval of Settlement ("Approval Order") that are not otherwise defined have the same meaning as in the Agreement;

      NOW THEREFORE, after due deliberation, this Court hereby ORDERS that:

      1.    The Agreement is a settlement of claims under the Fair Labor Standards Act (as well as other claims made).  The settlement and the Agreement is a fair, reasonable and adequate compromise of a bona fide dispute, and in the best interests of the Named Plaintiffs, and should be approved.

      2.    This Litigation is hereby dismissed in its entirety, on the merits, as against all Defendants with prejudice, and without costs to any party, except to the extent otherwise expressly provided in the Agreement.  This Court intends this Approval Order to be "Final"



EXHIBIT

B

within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

        3.      Without affecting the finality of this Approval Order, this Court retains exclusive jurisdiction over the performance and enforcement of the Agreement and this Approval Order.

        4.      The Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay, and directs the Clerk to enter this Approval Order.

Dated this _____ day of January, 2016.

**SO ORDERED:**

_____
SUSAN O. HICKEY
United States District Judge