IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARON LANGSTON, *et al*                                                                PLAINTIFFS

v.                                      Case No. 1:12-cv-01112

SUMMIT HEALTH AND
REHABILITATION, LLC, *et al*                                                           DEFENDANTS

## ORDER

Before the Court is a Joint Motion for Settlement Agreement Approval. (ECF No. 281). The parties have executed and filed with their Motion a Stipulation of Settlement Agreement and Release settling this case to include claims under the Fair Labor Standards Act ("FLSA"). Private settlements of FLSA claims generally require approval of a District Court. *See Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Stewart v. USA Tank Sales & Erection Co.*, No. 12-05136-CV-SW-DGK, 2014 WL 836212, at *1 (W.D. Mo. Mar. 4, 2014). The Court has duly considered all of the submissions presented with respect to the Motion and the Agreement. All capitalized terms in this Order Granting Approval of Settlement ("Approval Order") that are not otherwise defined have the same meaning as in the Agreement.

**NOW THEREFORE**, after due deliberation, this Court hereby Orders that:

1. The Agreement is a settlement of claims under the Fair Labor Standards Act, as well as other claims made. The settlement and the Agreement is a fair, reasonable, and adequate compromise of a bona fide dispute, in the best interests of the Named Plaintiffs, and should be approved.

2. This litigation is hereby dismissed in its entirety, on the merits, as against all Defendants with prejudice, and without costs to any party, except to the extent otherwise expressly provided in

the Agreement. The Court intends this Approval Order to be "Final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

3. Without affecting the finality of this Approval Order, this Court retains exclusive jurisdiction over the performance and enforcement of the Agreement and the Approval Order.

For the reasons stated above, the Court finds that the Joint Motion for Settlement Agreement Approval (ECF No. 281) should be and is hereby **GRANTED**. Also before the Court is a Joint Motion for Extension of Time to File a Motion for Approval of Settlement. (ECF No. 280). Due to good cause shown, the Joint Motion for Extension of Time to File a Motion for Approval of Settlement is hereby retroactively **GRANTED**. The filing of this Motion for Settlement Agreement Approval is considered timely.

IT IS SO ORDERED, this 21st day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge